AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Economus, Peter C. | U.S. District Court | 09/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ✔ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
85 Marconi Blvd.
Columbus, OH 43215

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Ohio Public Employees Retirement System | $34,690.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frontier Communications Corp common stock | C | Dividend | K | T | | | | | |
| 2. AT&T Inc. common stock | D | Dividend | M | T | Buy (add'l) | 07/31/13 | J | | |
| 3. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 4. | | | | | Buy (add'l) | 08/22/13 | K | | |
| 5. FirstEnergy Corp | | None | | | Buy | 12/04/13 | K | | |
| 6. | | | | | Sold | 12/27/13 | K | A | |
| 7. E*Trade Money Market Account | | None | K | T | | | | | |
| 8. JPMorgan Chase Checking & Savings | | None | M | T | | | | | |
| 9. Morgan Stanley Money Market | A | Interest | J | T | | | | | |
| 10. ACTIVE BEAR ETF (HDGE) common stock | | None | J | T | Buy (add'l) | 04/15/13 | J | | |
| 11. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 12. | | | | | Buy (add'l) | 07/17/13 | J | | |
| 13. | | | | | Sold (part) | 05/09/13 | J | A | |
| 14. | | | | | Sold (part) | 09/16/13 | J | A | |
| 15. KAYNE ANDERSON MLP INVT CO (KYN) common stock | | None | | | Sold (part) | 02/12/13 | J | A | |
| 16. | | | | | Sold | 02/25/13 | J | A | |
| 17. | | | | | Buy | 10/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/07/13 | J | A | |
| 19. | | | | | Sold (part) | 11/12/13 | J | A | |
| 20. | | | | | Sold | 11/13/13 | J | A | |
| 21. KINROSS GOLD CORP NEW (KGC) common stock | A | Dividend | | | Buy (add'l) | 04/05/13 | J | | |
| 22. | | | | | Sold | 12/19/13 | J | A | |
| 23. MARKET VECTORS GOLD MINERS (GDX) common stock | | None | | | Sold (part) | 05/22/13 | J | A | |
| 24. | | | | | Sold | 05/31/13 | J | A | |
| 25. NEWMONT MINING CORP (NEW) (NEM) common stock | A | Dividend | | | Buy (add'l) | 01/30/13 | J | | |
| 26. | | | | | Sold (part) | 09/16/13 | J | A | |
| 27. | | | | | Sold (part) | 11/25/13 | J | A | |
| 28. | | | | | Sold | 12/19/13 | J | A | |
| 29. E V FLOATING RATE I (EIBLX) mutual fund | A | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 30. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 31. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 32. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 33. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 34. | | | | | Buy (add'l) | 06/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 36. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 37. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 38. | | | | | Buy (add'l) | 10/31/13 | J | | |
| 39. | | | | | Buy (add'l) | 11/29/13 | J | | |
| 40. | | | | | Sold (part) | 11/05/13 | J | A | |
| 41. | | | | | Sold | 12/02/13 | J | A | |
| 42. FEDERATED PRUDENT BEAR INSTL (PBRIX) mutual fund | | None | | | Sold | 10/18/13 | J | A | |
| 43. LEUTHOLD GRIZZLY SHORT RET (GRZZX) mutual fund | | None | J | T | Buy (add'l) | 08/16/13 | J | | |
| 44. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 45. | | | | | Sold (part) | 04/09/13 | J | A | |
| 46. PIMCO STKPLUS TR SHT STRAT P (PSPLX) mutual fund | A | Dividend | J | T | Buy (add'l) | 04/15/13 | J | | |
| 47. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 48. | | | | | Sold (part) | 12/19/13 | J | A | |
| 49. PIMCO UNCONSTRAINED BOND P (PUCPX) mutual fund | A | Dividend | J | T | Sold (part) | 10/08/13 | J | A | |
| 50. PRUDENTIAL JENNISON HLTH SCI Z (PHSZX) mutual fund | | None | | | Sold (part) | 06/05/13 | J | A | |
| 51. | | | | | Sold (part) | 08/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/15/13 | J | A | |
| 53. TOCQUEVILLE GOLD (TGLDX) mutual fund | | None | | | Sold (part) | 04/12/13 | J | A | |
| 54. | | | | | Sold | 05/15/13 | J | A | |
| 55. Pioneer Natural Resources Co stock (X) | | None | | | Sold (part) | 08/08/13 | J | A | |
| 56. | | | | | Sold | 10/23/13 | J | A | |
| 57. Cobalt Intl Energy (CIE) stocks | | None | J | T | Buy | 05/06/13 | J | | |
| 58. | | | | | Buy (add'l) | 05/08/13 | J | | |
| 59. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 60. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 61. | | | | | Sold (part) | 12/03/13 | J | A | |
| 62. | | | | | Sold (part) | 12/11/13 | J | A | |
| 63. Eldorado Gold CP LTD (EGO) stocks | A | Dividend | J | T | Buy | 04/24/13 | J | | |
| 64. | | | | | Buy (add'l) | 04/25/13 | J | | |
| 65. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 66. | | | | | Sold (part) | 09/16/13 | J | A | |
| 67. | | | | | Sold (part) | 11/25/13 | J | A | |
| 68. Microsoft Corp (MSFT) stocks | A | Dividend | J | T | Buy | 09/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 70. Yamana Gold Inc (AUY) stocks | | None | J | T | Buy | 12/19/13 | J | | |
| 71. Proshares Short 20+ Treasury (TBF) fund | | None | J | T | Buy | 08/15/13 | J | | |
| 72. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 73. Goldman Sachs MLP ENGY INFRT I (GMLPX) mutual fund | | None | J | T | Buy | 11/22/13 | J | | |
| 74. Invesco Floating Rate Y (AFRYX) mutual fund | A | Dividend | J | T | Buy | 10/30/13 | J | | |
| 75. Putnam Short Duration Income Y (PSDYX) mutual fund | A | Dividend | J | T | Buy | 09/25/13 | J | | |
| 76. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Economus, Peter C. | 09/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2012, to avoid confusion, our amended report listed an account as "Morgan Stanley Smith Barney" following those entities' merger.  It is listed simply as Morgan Stanley in this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. Economus**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544